UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES CARL KELLY,

    Plaintiff,

v.

GAVIN NEWSOM, et al.,

    Defendants.

Case No. 25-cv-00360-JST

**ORDER OF TRANSFER**

Plaintiff, an inmate previously housed at California Healthcare Facility ("CHF") and currently housed at Kern Valley State Prison ("KVSP"), has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against California Governor Gavin Newsom and the following CHF officials: warden Gina Jones, sergeant C. Tennis, and correctional officer Chinne. ECF No. 1. The events or omissions giving rise to Plaintiff's claim(s) occurred at California Healthcare Facility, and Plaintiff seeks relief from CHF Prison employees or prison officials, and from Governor Newsom in his capacity as supervisor of KVSP, where Plaintiff is currently housed. California Healthcare Facility is located in San Joaquin County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. *See id.* § 1391(b). Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: January 15, 2025

_____
JON S. TIGAR
United States District Judge